UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-CV-20-22910-CMA

ANA I ROSQUETE,

   *Plaintiff*,

vs.

ROYAL CARIBBEAN CRUISES, LTD,
a Liberian corporation d/b/a ROYAL
CARIBBEAN INTERNATIONAL, and
CRUISE SHIP EXCURSIONS, INC.,
a U.S. Virgin Islands Corporation,

   *Defendants*.
_____/

## NOTICE OF SETTLEMENT

Defendant, ROYAL CARIBBEAN CRUISES, LTD d/b/a ROYAL CARIBBEAN INTERNATIONAL, by and through undersigned counsel, hereby file this Notice of Settlement advising the Court that all Parties to this action have reached an agreement in this matter. The Parties request forty-five (45) days to finalize the settlement documents and file their Joint Stipulation for Dismissal with Prejudice and Proposed Order of Dismissal with Prejudice.

Dated: March 8, 2021
      Miami, Florida

    Respectfully submitted,

    FOREMAN FRIEDMAN, PA

    BY:   /s/*Noah D. Silverman*
           Jeffrey E. Foreman, Esq.
           Florida Bar No. 0240310
           jforeman@fflegal.com

CASE NO. 20-CV-20-22910-CMA

Noah D. Silverman, Esq.
Florida Bar No. 401277
nsilverman@fflegal.com
Cecile von Batemberg, Esq.
Florida Bar No. 123769
cvbatemberg@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant, RCL*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2021 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY:   /s/*Noah D. Silverman*
Noah D. Silverman, Esq.

## SERVICE LIST

| | |
|---|---|
| Miguel Armenteros, Esq. | Jeffrey E. Foreman, Esq. |
| miguel@aa-firm.com | jforeman@fflegal.com |
| John W. Annesser, Esq. | jmaganini@fflegal.com |
| jannesser@aa-firm.com | Noah D. Silverman, Esq. |
| Megan Conkey Gonzalez, Esq. | nsilverman@fflegal.com |
| mconkey@aa-firm.com | pcampo@fflegal.com |
| Annesser Armenteros, PLLC | dfondeur@fflegal.com |
| 2525 Ponce de Leon Blvd., Suite 625 | Cecile von Batemberg, Esq. |
| Coral Gables, Florida 33134 | cvbatemberg@fflegal.com |
| Telephone: 786-600-7446 | Foreman Friedman, PA |
| Facsimile: 786-607-3022 | One Biscayne Tower, Suite 2300 |
| *Attorneys for Plaintiff* | 2 South Biscayne Boulevard |
| | Miami, FL  33131 |

2

CASE NO. 20-CV-20-22910-CMA

Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant, RCL*

Carlos J. Chardon
cchardon@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
Attorneys for Defendant, *Cruise Ship Excursions, Inc.*