UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22910-CIV-ALTONAGA/Goodman

ANA I. ROSQUETE,

       Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES,
LTD.,

       Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon the Defendant's Notice of Settlement [ECF No. 43], filed on March 8, 2021.  The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The above-styled action remains **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 9th day of March, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record